nied May 20, 1901. *Mr. J. D. Rouse, Mr. Wm. Grant* and *Mr. H. M. Jordan* for petitioners. *Mr. Attorney General, Mr. Solicitor General* and *Mr. W. W. Howe* opposing.

No. 670. UNITED STATES *v.* McBRATNEY. Second Circuit. Denied May 20, 1901. *Mr. Attorney General, Mr. Solicitor General* and *Mr. Assistant Attorney General Hoyt* for petitioner. *Mr. Charles Curie* and *Mr. W. Wickham Smith* opposing.

No. 673. ZACHER, AS RECEIVER AND ASSIGNEE, *v.* FIDELITY TRUST AND SAFETY VAULT COMPANY, ASSIGNEE. Denied May 20, 1901. *Mr. Alexander P. Humphrey* for petitioner. *Mr. W. O. Harris* and *Mr. John G. Simrall* opposing.

No. 675. INSURANCE COMPANY OF NORTH AMERICA *v.* STEAMSHIP "ST. HUBERT." Third Circuit. Denied May 20, 1901. *Mr. Francis S. Laws* and *Mr. John F. Lewis* for petitioner. *Mr. J. Parker Kirlin* opposing.

No. 656. CITY OF PIERRE *v.* DUNSCOMB. Eighth Circuit. Denied May 20, 1901. *Mr. Ivan W. Goodner* for petitioner. *Mr. A. B. Kittredge* and *Mr. M. H. Cardozo* opposing.

No. 671. UNITED STATES *v.* LACKEY. Sixth Circuit. Denied May 27, 1901. *Mr. Attorney General* and *Mr. Solicitor General* for petitioner. *Mr. Robert F. Hill* opposing.

No. 674. UNION STEAMBOAT COMPANY *v.* ERIE AND WESTERN TRANSPORTATION COMPANY. Sixth Circuit. Granted May 27, 1901. *Mr. J. J. Darlington* and *Mr. C. E. Kremer* for petitioner. *Mr. F. H. Canfield* and *Mr. Harvey D. Goulder* opposing.